UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

MOLIERE DIMANCHE,

    Plaintiff/Appellant,

v.                                                   Case No.: 6:22-cv-2073-JSS-DCI

LOWNDES DROSDICK DOSTER

KANTOR & REED P.A., ET AL,

    Defendants/Appellees,

_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiff, Moliere Dimanche, hereby appeals the district court's **Order Adopting in part Report and Recommendations** [Doc. 255] entered April 23rd, 2024 and the **five endorsed orders** entered as a result of that Order, to wit:

- Doc. 256 - ENDORSED ORDER denying without prejudice Plaintiff's 154 Motion for Preliminary Injunction and denying without prejudice Plaintiff's 164 Motion for Summary Judgment in light of the court's 255 order dismissing the Second Amended Complaint. Signed by Judge Julie S. Sneed on April 23, 2024. (DAD) (Entered: 04/23/2024).

- Doc. 257 - ENDORSED ORDER denying as moot 129 Plaintiff's Motion for Partial Summary Judgment in light of the court's 255 order striking and dismissing Plaintiff's Fourth Cause of Action. Signed by Judge Julie S. Sneed on April 23, 2024. (DAD) (Entered: 04/23/2024)

- Doc. 258 - ENDORSED ORDER denying 174 Plaintiff's Motion to Strike and denying 178 Plaintiff's Motion to Strike. Plaintiff's motions do not establish any basis to strike Defendants' responses and instead appear to be replies to those responses that Plaintiff filed without first seeking leave of court. See M.D. Fla. Loc. R. 3.01(d). Signed by Judge Julie S. Sneed on April 23, 2024. (DAD) (Entered: 04/23/2024)

- Doc. 259 - ENDORSED ORDER denying Plaintiff's 124 Motion for Sanctions; 167 Motion for Sanctions; 176 Motion for Sanctions. Plaintiff's motions do not indicate compliance with the requirements of Federal Rule of Civil Procedure 11(c)(2), which requires that any motion for sanctions pursuant to Rule 11(b) must be served under Rule 5 and not presented to the court or filed "if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Plaintiff is further cautioned that Rule 11(c)(2) permits the court to

"award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion." Signed by Judge Julie S. Sneed on April 23, 2024. (DAD) (Entered: 04/23/2024).

- Doc. 260 - ENDORSED ORDER denying Plaintiff's 145 Request for Judicial Notice And Adjudication of Facts. Plaintiff's motion fails to comply with Local Rule 3.01(a) and otherwise does not present facts for which judicial notice is appropriate. "[T]he taking of judicial notice of facts is, as a matter of evidence law, a highly limited process. The reason for this caution is that the taking of judicial notice bypasses the safeguards which are involved with the usual process of proving facts by competent evidence in district court." Shahar v. Bowers, 120 F.3d 211, 214 (11th Cir. 1997) (noting as examples of facts susceptible to judicial notice: "(1) scientific facts: for instance, when does the sun rise or set; (2) matters of geography: for instance, what are the boundaries of a state; or (3) matters of political history: for instance, who was president in 1958").

This appeal is taken to the Eleventh Circuit Court of Appeals in Atlanta, Georgia.

Dated: April 24th, 2024

       Orlando, Florida

Respectfully submitted,

*[signature]*

Moliere Dimanche

3200 N. Hiawassee Rd., #682362

Orlando, FL 32868 (407)-639-3034

moliereexpressions@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail, this 15th day of April, 2024, to:

**Jason Zimmerman**

Gray Robinson, PA

301 E Pine St

# 1400,

Orlando, FL 32801

**John Connor**

Dean, Ringers, Morgan & Lawton, PA.

P.O. Box 2928

Orlando, FL 32802-2928

**Walter Ketcham**

Fisher Rushmer, P.A.

P.O. Box 3753

Orlando, FL 32801

**Michael D. Piccolo**

Lowndes, Drosdick, Doster, Kantor & Reed, P.A.

215 North Eola Drive

Orlando, FL 32802

**Davis Asti**

Office of the Attorney General

Florida 3507 E frontage Rd Ste 150

Tampa, FL 33607-1763

**Lakisha Davis**

400 W. Washington Street

Suite 3100

Orlando, FL 32801-2203

**MOLIERE DIMANCHE.**

3200 N. Hiawassee Road,
#682362

Orlando, Florida 32868

Telephone: (407) 639-3034

Email: moliereexpressions@yahoo.com